IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-00965-MSK-BNB

DONNA A. DUNLAP,

    Plaintiff,

v.

WRIGHT & McGILL COMPANY, a Colorado corporation,

    Defendant.

_____

**ORDER GRANTING UNOPPOSED MOTION TO
MODIFY TRIAL PREPARATION ORDER**

_____

    THIS MATTER, coming to be heard, pursuant to Defendant, Wright & McGill Company's Unopposed Motion to Modify Trial Preparation Order, the Court having reviewed the Motion and being fully advised in the premises;

    DOES ORDER, that the parties have until July 27, 2005 to make the joint submissions required in Paragraph E of the Trial Preparation Order. No further extensions will be granted.

    Dated this  26thday of July, 2005

                                             **BY THE COURT:**

                                             _____

                                             Marcia S. Krieger
                                             United States District Judge