IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-00965-MSK-BNB

DONNA A. DUNLAP,

    Plaintiff,

v.

WRIGHT & McGILL COMPANY, a Colorado corporation,

    Defendant.

_____

## ORDER DISMISSING CASE
_____

THIS MATTER, comes before the Court on the parties' Joint Stipulation for Dismissal, With Prejudice. Pursuant thereto, the Court,

ORDERS that this matter is dismissed with prejudice, each party to pay their own costs and attorneys fees. The Clerk shall close this case.

DATED this 2nd day of September, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge